Kenneth J. FUNK, Respondent,

v.

ACI OF NORTHERN MINNESOTA and Minnesota Workers' Compensation Assigned Risk Plan, administered by Berkley Administrators, Relators.

No. CX–97–1021.

Supreme Court of Minnesota.

Aug. 27, 1997.

Ronald Drewski, Drewski & Lindberg, P.A., Sauk Rapids, for Respondent.

Mark G. Pryor, Brown & Carlson, P.A., Minneapolis, for Relators.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 8, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ A.M. Keith
A.M. Keith
Chief Justice